

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| DOUGLAS ALEXANDER WRIGHT,<br>　　　　　Plaintiff,<br><br>vs.<br><br>ALLANE ROACH; SONYA PAZ; and CAROL FERNANDEZ,<br>　　　　　Defendants. | §<br>§<br>§<br>§ CIVIL ACTION 2:23-cv-1635-MGL-MGB<br>§<br>§<br>§<br>§ |

### ORDER ADOPTING THE REPORT AND RECOMMENDATION AND DISMISSING PLAINTIFF'S CLAIMS AGAINST CERTAIN DEFENDANTS WITHOUT FURTHER LEAVE TO AMEND

Plaintiff Douglas Alexander Wright (Wright) filed this 42 U.S.C. § 1983 lawsuit against Defendants Allane Roach, Sonya Paz (Paz), and Carol Fernandez (Fernandez). Wright is representing himself.

The matter is before the Court for review of the Report and Recommendation (Report) of the United States Magistrate Judge recommending to the Court Wright's claims against Paz and Fernandez be dismissed without further leave to amend. The Report was made in accordance with 28 U.S.C. § 636 and Local Civil Rule 73.02 for the District of South Carolina.

The Magistrate Judge makes only a recommendation to this Court. The recommendation has no presumptive weight. The responsibility to make a final determination remains with the Court. *Mathews v. Weber*, 423 U.S. 261, 270 (1976). The Court is charged with making a de novo determination of those portions of the Report to which specific objection is made, and the Court may

accept, reject, or modify, in whole or in part, the recommendation of the Magistrate Judge or recommit the matter with instructions.  28 U.S.C. § 636(b)(1).

The Magistrate Judge filed the Report on July 14, 2023, but Wright failed to file any objections.  "[I]n the absence of a timely filed objection, a district court need not conduct a de novo review, but instead must 'only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.'"  *Diamond v. Colonial Life & Acc. Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (quoting Fed. R. Civ. P. 72  advisory committee's note).  Moreover, a failure to object waives appellate review.  *Wright v. Collins*, 766 F.2d 841, 845-46 (4th Cir. 1985).

After a thorough review of the Report and the record in this case pursuant to the standard set forth above, the Court overrules Wright's objections, adopts the Report, and incorporates it herein.  Therefore, it is the judgment of the Court Wright's claims against Paz and Fernandez are **DISMISSED** without further leave to amend.

**IT IS SO ORDERED**.

Signed this 26th day of October, 2023, in Columbia, South Carolina.

/s/ Mary Geiger Lewis
MARY GEIGER LEWIS
UNITED STATES DISTRICT JUDGE

*****

**NOTICE OF RIGHT TO APPEAL**

The parties are hereby notified of the right to appeal this Order within thirty days from the date hereof, pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure.